IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL C. THOMPSON, JR., ) | |
|     Plaintiff, ) | Case No. 7:19-cv-00393 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| LT. L.R. COLLINS, et al., ) | Chief United States District Judge |
|     Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff Paul C. Thompson, Jr., a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983 while he was incarcerated within the Virginia Department of Corrections. On January 12, 2022, the court dismissed the action without prejudice for failure to comply with prior orders that required him to file an amended complaint that complies with certain limitations and directions. ECF Nos. 109 and 110. Thompson subsequently filed objections to the dismissal order, which were construed as motions for reconsideration. On August 17, 2022, the court granted the motions for reconsideration, reopened the case, and directed Thompson to file, within thirty days, "a proposed amended complaint that complies with the limitations and directions set forth in prior orders." ECF No. 119 at 2. The order expressly warned Thompson that "failure to comply with this order will result in the dismissal of the case without prejudice." Id.

As of this date, Thompson has not filed a proposed amended complaint. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989) (recognizing that courts have the authority to order dismissal of an action for failure to

comply with court orders, and finding that dismissal was appropriate where the pro se litigant disregarded a court order despite being warned that failure to comply would result in dismissal).

An appropriate order will be entered.

Entered: September 30, 2022

Michael F. Urbanski
Chief United States District Judge